UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL RETTER, as trustee on behalf of the
LAW OFFICES OF DANIEL RETTER PA
PSP

                    Plaintiffs,

        v.

PETROLEOS DE VENEZUELA, S.A. et al.,

                    Defendants.

25-CV-9539 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

The conference scheduled for May 28, 2026 is hereby **ADJOURNED** to **September 24, 2026** at **2:00 p.m** to allow for service of process.  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [984 928 886], followed by the pound (#) sign.

        SO ORDERED.

Dated:  May 10, 2026
        New York, New York

                                                    _____
                                                    DALE E. HO
                                                    United States District Judge