PARDALIS & NOHAVICKA, LLP
ATTORNEYS

July 13, 2026

**Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 22.**

**VIA ELECTRONIC CASE FILING**
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 14, 2026
New York, New York

**Re:** ***Daniel Retter* v. *Petroleos De Venezuela, S.A., et al.***
**Case No.: 1:25-cv-09539 (DEH)**

Dear Honorable Judge Ho:

We represent the Plaintiff in the above-referenced matter, and write to provide the Court with a status update and to request a three (3) month extension of time to effectuate service of process on the Defendants.

On May 4, 2026, the Court granted Plaintiff's second motion for an extension of time to serve his Complaint, and directed that service be effectuated in accordance with the Foreign Sovereign Immunities Act ("FSIA") by July 13, 2026. (ECF 17). Plaintiff has delivered the service documents to the Clerk of Court, and the Clerk of Court has transmitted these document to the United States Department of State for service on the Defendants pursuant to FSIA § 1608(a)(4) and 22 C.F.R. § 93.1(c). (ECF 20). Plaintiff is awaiting confirmation of service from the United States Department of State.

In light of the anticipated delays associated with the United States Department of State serving the Defendants abroad pursuant to FSIA § 1608(a)(4), Plaintiff respectfully requests a three (3) month extension of time to effectuate service on the Defendants from July 13, 2026, to October 13, 2026. This is Plaintiff's third request for such relief.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

______________________

Israel Klein, Esq.
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Israel@pnlawyers.com
*Attorneys for Plaintiff*