PARDALIS & NOHAVICKA, LLP
ATTORNEYS

September 16, 2026

**VIA ELECTRONIC CASE FILING**
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Daniel Retter* v. *Petroleos De Venezuela, S.A., et al.***
**Case No.: 1:25-cv-09539 (DEH)**
**Request for Adjournment of Initial Conference**

Dear Honorable Judge Ho:

We represent the Plaintiff in the above-referenced matter, and write to respectfully request an adjournment of the Initial Conference scheduled for September 24, 2026 at 2:00 p.m.

On July 14, 2026, the Court granted Plaintiff's third motion for an extension of time to serve his Complaint, and directed that service be effectuated in accordance with the Foreign Sovereign Immunities Act ("FSIA") by October 13, 2026. (ECF 23). Plaintiff has delivered the service documents to the Clerk of Court, and the Clerk of Court has transmitted these document to the United States Department of State for service on the Defendants pursuant to FSIA § 1608(a)(4) and 22 C.F.R. § 93.1(c). (ECF 20). Plaintiff is awaiting confirmation of service from the United States Department of State.

As Plaintiff has not yet received confirmation from the United States Department of State that the Complaint was served, Plaintiff respectfully requests an adjournment of the Initial Conference until such time as service of the Complaint is completed and the Defendants have appeared.

This is Plaintiff's first request for such relief.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

Israel Klein, Esq.
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Israel@pnlawyers.com
*Attorneys for Plaintiff*

Application **GRANTED**. The conference scheduled for September 24, 2026 is hereby **ADJOURNED** to **November 24, 2026** at **2:00 pm**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 522 281 544, followed by the pound (#) sign.

SO ORDERED.

Dated: September 16, 2026
New York, New York

Dale E. Ho
United States District Judge